NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JERRY N. NOBLES,**
*Claimant-Appellant*

**v.**

**DENIS MCDONOUGH, Secretary of Veterans Affairs,**
*Respondent-Appellee*

---

2022-1910

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 21-4514, Judge Joseph L. Falvey Jr.

---

**ON MOTION**

---

**O R D E R**

Appellant files a "Joint Dismissal Agreement," which the court construes as a motion to dismiss this appeal pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.

Upon consideration thereof,

2                                                          NOBLES v. MCDONOUGH

IT IS ORDERED THAT:

(1)  The motion is granted, and the appeal is dismissed.

(2)  Each side shall bear its own costs.

FOR THE COURT

September 15, 2022                   /s/ Peter R. Marksteiner
        Date                        Peter R. Marksteiner
                                         Clerk of Court

ISSUED AS A MANDATE: September 15, 2022